ORIGINAL

cc: som

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN L. EARLY
REBECCA A. PERLMUTTER
Assistant U.S. Attorneys
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Blvd
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Morgan.Early@usdoj.gov
Rebecca.Perlmutter@usdoj.gov

Attorneys for the
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 15 2019

at 3 o'clock and 22 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. |
|---|---|
| Plaintiff, | ) **CR19 00094 SOM** |
| | ) INFORMATION |
| v. | ) |
| | ) [29 U.S.C. § 501(c)] |
| RODNEY CAPELLO, | ) |
| Defendant. | ) |

INFORMATION

The U.S. Attorney charges:

## Embezzlement of Labor Union Funds
## 29 U.S.C. § 501(c)

From in or around February 2013 through in or around March 2016, within the District of Hawaii, RODNEY CAPELLO, the defendant, while an executive officer of the Hawaii Electrical Workers Division of Laborers Local Union 722 (the "Union"), a labor organization engaged in an industry affecting interstate commerce as defined in Title 29 of the United States Code, did knowingly embezzle and convert to his own use monies and funds of the Union in the approximate amount of $184,771.98.

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE NOTICE

1. The allegations contained in Count 1 are incorporated by reference for the purpose of noticing forfeitures pursuant to Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice to RODNEY CAPELLO, the defendant, that, upon conviction of the offense charged in Count 1 of this Information, the government will seek forfeiture, in accordance with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violation of Title 29, United States Code, Section 501(c), alleged in Count 1 of this Information.

3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

the United States of America will be entitled to the forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: July 15, 2019, at Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MORGAN L. EARLY
REBECCA A. PERLMUTTER
Assistant United States Attorneys

United States v. Rodney Capello
Information
Cr. No.